UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:25-CR-138 |
| | ) | |
| SARAI CARRILLO | ) | |

## MOTION TO WITHDRAW APPEARANCE

Comes now the United States of America, by its counsel, Adam L. Mildred, United States Attorney for the Northern District of Indiana, through Thomas M. McGrath, Assistant United States Attorney, and respectfully moves to withdraw his appearance from Case No. 2:25-CR-138.

Respectfully submitted,

ADAM L. MILDRED
UNITED STATES ATTORNEY

BY: */s/ Thomas M. McGrath*

Thomas M. McGrath
Assistant United States Attorney
United States Attorney's Office
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Tel: (219) 937-5500
Fax: (219) 952-2770
Email: thomas.m.mcgrath@usdoj.gov